UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

NATIONAL FAIR HOUSING ALLIANCE

        Plaintiff,

  v.

LIFE SPIRE ASSISTED LIVING ALBUQUERQUE NE;
A MEANINGFUL DAY, INC.; JAMES AND CAROL
LYNN HERRERA ENTERPRISES, INC.; CAROL LYNN
HERRERA;

        Defendants.

No. 1:20-cv-00459-KWR-JHR

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**THIS MATTER** came before the Court on Plaintiff's Motion to Strike Defendants' Summary Judgement Motions (Doc. 36) and Plaintiff's Reply in Support of Motion to Strike Defendants' Summary Judgement Motions (Doc. 38).

The Court **FINDS** that the Plaintiff embedded a motion for extension of time in the above-entitled documents requesting an extension of time to respond to Defendants' motions for summary judgment to **November 17, 2021** and,

**HEREBY ORDERS** that, while the Court's judgment on Plaintiff's Motion to Strike Defendants' Summary Judgement Motions (Doc. 36) is pending, and for good cause shown, Plaintiff's deadline to file an opposition to Defendants' Motions for Summary Judgment (Docs. 31, 32) is extended to **November 17, 2021.**

    IT IS SO ORDERED.

    Dated: **OCTOBER 27, 2021.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**