UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

NATIONAL FAIR HOUSING ALLIANCE

        Plaintiff,

v.

LIFE SPIRE ASSISTED LIVING ALBUQUERQUE NE;
A MEANINGFUL DAY, INC.; JAMES AND CAROL
LYNN HERRERA ENTERPRISES, INC.; CAROL LYNN
HERRERA;

        Defendants.

No. 1:20-cv-00459-KWR-JHR

---

### ORDER APPROVING THE PARTIES' SETTLEMENT AGREEMENT AND RETAINING JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT

**IT IS HEREBY ORDERED** that the Parties' Settlement Agreement (Doc. 60) is **APPROVED**. The Court **SHALL RETAIN** jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: FEBRUARY 23, 2022.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE